# SHERIFF'S OFFICE OF CAMBRIA COUNTY

**Donald W. Robertson**
*Sheriff*



**Suzann M. Lehmier**
*Solicitor*

---

ELIZABETH GRIFFITHS
vs.
WALMART, INC., D/B/A WAL-MART SUPERCENTER #1935, ET AL.

**Case Number**
2022-1269

## SHERIFF'S RETURN OF SERVICE

04/21/2022  10:05 AM - DEPUTY JEFF VIVIAN, BEING DULY SWORN ACCORDING TO LAW, SERVED THE REQUESTED COMPLAINT IN CIVIL ACTION (CICA) BY HANDING A TRUE COPY TO A PERSON REPRESENTING THEMSELVES TO BE HEATHER GAUDET, ASSET OPERATION COACH, WHO ACCEPTED AS "ADULT PERSON IN CHARGE" FOR WALMART, INC., D/B/A WAL-MART SUPERCENTER #1935, WALMART STORES EAST INC, ET AL. AT 150 TOWN CENTRE DRIVE, JOHNSTOWN, PA 15904.

SHERIFF COST: $60.40

SO ANSWERS,

April 21, 2022

DONALD W. ROBERTSON, SHERIFF

Prothonotary Cambria Co, PA, FILE
APR 22 '22 PM02:36

**EXHIBIT B**

Attorney: EDGAR SNYDER AND ASSOCIATES LLC, US STEEL TOWER, 10TH FLOOR, 600 GRANT ST., PITTSBURGH, P

(c) CountySuite Sheriff, Teleosoft, Inc.