IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH GRIFFITHS and RANDY GRIFFITHS, wife and husband, | : CIVIL DIVISION<br>:<br>: |
| Plaintiffs, | : Civil Action No.: 3:22-cv-80<br>: |
| v. | :<br>: The Honorable Stephanie L. Haines |
| WALMART, INC. d/b/a WAL-MART SUPERCENTER #1935; WAL-MART STORES, INC. d/b/a WAL-MART SUPERCENTER #1935; and WAL-MART STORES EAST, INC. t/d/b/a WAL-MART STORES EAST, L.P., | :<br>:<br>:<br>:<br>:<br>: |
| Defendants. | : |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Walmart, Inc. d/b/a Wal-Mart Supercenter #1935; Wal-Mart Stores, Inc. d/b/a Wal-Mart Supercenter #1935; and Wal-Mart Stores East, Inc. t/d/b/a Wal-Mart Stores East LP in the above-captioned action, certifies that the following are parents, subsidiaries, and/or affiliates of said parties that have issued shares or debt securities to the public: Wal-Mart, Inc. in the above.

Respectfully submitted,

Date: 05/23/2022

THOMAS, THOMAS & HAFER LLP

By: /s/ *Rebecca Sember Izsak*
REBECCA SEMBER IZSAK, ESQUIRE
PA ID No. 74584
rsember@tthlaw.com
U. S. Steel Tower
600 Grant Street, Suite 2600
Pittsburgh, PA  15219
(412) 697-7403
(412) 697-7407 Facsimile

*Counsel for the Defendants*